## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**TAFT KELLY**

      **Plaintiff,**


    **v.**                                 **Civil Action No.  09-703 (RWR)**

**RAY  LAHOOD, Secretary**
**DEPARTMENT OF TRANSPORTATION**

      **Defendant.**

_____

## PARTIES' JOINT STATUS REPORT

      Magistrate Kay issued his order on Plaintiff's motion to compel on November 23, 2010.

The Agency has complied with the order.   The parties now propose the following schedule for

dispositive motions and opposition briefs in the case:

      1.  Dispositive motions must be filed by April 15, 2011;

      2.  Opposition briefs are required to be filed by May 15, 2011;

      3.  Reply briefs are to be filed 21 days after receipt of the opposition brief.

FOR THE PLAINTIFF             FOR THE DEFENDANT

Respectfully submitted,         Respectfully submitted,


        /s/             RONALD C. MACHEN JR., D.C. Bar #447889
_____    United States Attorney for the District of Columbia

James L. Kestell              RUDOLPH CONTRERAS, D.C. Bar #434122

Kestell & Associates          Chief, Civil Division
209 Midvale Street
Falls Church, VA 22046       BY:         /s/_____

Tel: 703-237-2912           DAVID C. RYBICKI, D.C. Bar #976836
Fax: 703-237-4321          Assistant United States Attorney
                         555 Fourth St., N.W.
                         Washington, D.C. 20530
                         Phone:  (202) 353-4024
                         Fax:  (202) 514-8780
                         David.Rybicki@usdoj.gov